IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK AND PATRICIA
MIDDLETON, et. al,

    Plaintiffs,

vs.                                                4:06-CV-083-SPM

QUIXTAR, INC.,

    Defendant.

_____/

**ORDER UNSEALING ORDER DISMISSING COMPLAINT (DOC. 15)**

**THIS CAUSE** comes before the Court upon the "Motion to Unseal Order Dismissing Complaint for Declaratory Judgment, Motion to Compel Arbitration and Request for Emergency Stay" (doc. 17) filed March 8, 2006, in which Defendant asks that this Court's order dismissing the complaint be unsealed. As grounds, Defendant states that the order, which contains no confidential information, will need to be referred to during arbitration and other proceedings. Plaintiff has no objection to the granting of the motion.

Finding the request to be reasonable, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to unseal (doc. 17) is hereby *granted.*

2. The clerk shall unseal the order dismissing the complaint (doc. 15).

**DONE AND ORDERED** this <u>ninth</u> day of March, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao